UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND FOBBS**                                    **CIVIL ACTION**

**versus**                                           **NO. 14-1423**

**ROBERT TANNER, WARDEN**                            **SECTION: "I" (3)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Raymond Fobbs, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by Raymond Fobbs is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this __21st__ day of September, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**